No. 14–0361/AF. U.S. v. Donald R. Swiger, Jr. CCA 38231. Appellant's motion to attach documents is denied.

No. 14–0495/AR. U.S. v. Matthew R. Adams, Jr. CCA 20110503. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including May 7, 2014, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0503/AR. U.S. v. Adam R. Derosier. CCA 20120733. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *up to and including May 13, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0547/AF. U.S. v. Kenneth W. Lambert II. CCA 38291. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 19, 2014.

No. 14–0548/AF. U.S. v. Timothy M. Miller. CCA 38211. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 19, 2014.

No. 14–0549/AF. U.S. v. David P. Zare. CCA 38374. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 19, 2014.

No. 14–0550/AR. U.S. v. Juan A. Botello. CCA 20110743. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 19, 2014.

No. 14–0551/NA. U.S. v. Michael N. Bell. CCA 201200517. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 19, 2014.

Wednesday, April 30, 2014

No. 14–0479/AR. U.S. v. Kirk D. Vogt, Jr. CCA 20111036. On consideration of Appellant's motion for leave to file the petition for grant of review out of time and